SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-00484-LKK-KJN** |
| | ) |
| Plaintiff; | ) **ORDER RE: REQUEST FOR EXTENSION** |
| | ) **OF TIME TO FILE DISPOSITIONAL** |
| vs. | ) **DOCUMENTS** |
| | ) |
| John D. Denigris, et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

IT IS SO ORDERED THAT the parties shall file dispositional documents no later than July 11, 2012.

Date: June 13, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL
DOCUMENTS

CIV: S-12-484-LKK-KJN- 1