SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff
Scott N. Johnson

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff;<br><br>    vs.<br><br>John D. Denigris, et al,<br><br>         Defendants | Case No. **2:12-cv-00484-LKK-KJN**<br><br>**ORDER RE: REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

    IT IS SO ORDERED THAT the parties shall file dispositional documents no later than July 31, 2012.

Date:  July 16, 2012.

_Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-12-484-LKK-KJN- 1